Our approach to the questions presented herein and our disposition thereof, as heretofore discussed, remove from consideration the doctrine of entireties.

For all of the reasons hereinabove set forth, we hold the merchandise, represented by the item described on the invoice with entry 1312 covered by protest 60/25150 as "Mirror-Aerials. Anti-G1." and by the item described on the invoice with entry 1039 covered by protest 60/25151 as "Delswift Mirror-Aerials Mk11," to be properly dutiable at the rate of 35 per centum ad valorem under the provision in paragraph 230(b) of the Tariff Act of 1930, as modified, for glass mirrors, not specially provided for, not exceeding in size 144 square inches, with or without frames or cases, as classified by the collector.

Consideration has been given to all of the cases cited in the briefs filed by counsel for the respective parties. Reference herein has been made only to those cases deemed necessary to support the reasoning followed and the conclusion reached.

The protests are overruled and judgment will be rendered accordingly.

**No. 67095.**—Falcon Sales Co. v. United States, protests 61/6818 and 61/6819 (Buffalo).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67096.**—Biddle Purchasing Co. v. United States, protests 61/13759, 61/13762, and 62/10676 (Wilmington).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67097.**—Arthur J. Fritz & Company and Ideal Trading Co. et al. v. United States, protests 61/17945, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.